UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __14-2420__      Caption: __Kimberly Covarrubias v. CitiMortgage, Inc.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

CitiMortgage, Inc. ("CMI")
(name of party/amicus)


who is _____appellee_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  [✓] YES [ ] NO

2. Does party/amicus have any parent corporations?  [✓] YES [ ] NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Citibank, N.A.
   Citicorp
   Citigroup Inc.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  [✓] YES [ ] NO
   If yes, identify all such owners:
   Citigroup Inc.

10/28/2013 SCC                                - 1 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: _____  Date: Jan. 12, 2015

Counsel for: CitiMortgage, Inc.

## CERTIFICATE OF SERVICE
*************************

I certify that on  January 12, 2015  the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Henry McLaughlin, Esq.
Drew Sarrett, Esq.
THE LAW OFFICE OF HENRY MCLAUGHLIN
Eighth and Main Building
707 East Main Street, Suite 1050
Richmond, Virginia 232219
Tel:  (877) 575-0258
Fax:  (877) 575-0245
Counsel for Appellant Kimberly Covarrubias

_____          Jan. 12, 2015
(signature)                          (date)